IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD MILES, | : | CIVIL ACTION |
| | : | |
| Claimant, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | No. 11-2928 |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 26th day of April, 2012, upon careful and independent consideration of Gerald Miles's request for review (ECF No. 3), the parties' briefing, and for the reasons discussed in the accompanying Memorandum, it is hereby ORDERED:

(1) Miles's request for review is DENIED and his Complaint is DISMISSED with prejudice.

(2) The Clerk of Court is directed to mark the case as CLOSED for statistical purposes.

BY THE COURT:

*/s/ Michael M. Baylson*
Michael M. Baylson, U.S.D.J.

O:\CIVIL 11-12\11-2928 Miles v Astrue\Order re Request for Review.wpd